```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
```

LYN FLEMING                                          PLAINTIFF

VS.                                CIVIL ACTION NO. 4:05CV8LN

UNITED PARCEL SERVICE, INC.,
AND MIKE BATES, INDIVIDUALLY                        DEFENDANTS

## JUDGMENT

For the reasons given in this court's memorandum opinion and order granting defendants' motions for summary judgment entered in this matter on this date, it is hereby ordered that this action is dismissed.

SO ORDERED AND ADJUDGED this the 29th day of November, 2005.

```
                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE
```